| | |
|---|---|
| SUSAN B. WASHINGTON, ) ) Plaintiff, ) ) v. ) ) GULFSTREAM AEROSPACE ) CORPORATION, ) ) Defendant. ) ) | CASE NO. CV416-203 |

# ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA